IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD M. CROSS,

    Petitioner,

v.                                         CASE NO. 5:04-cv-00084-SPM-AK

WARDEN,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

By prior order, Petitioner was ordered to show cause why the undersigned should not recommend that this cause be dismissed for failure to prosecute and to obey an order of the Court after Petitioner failed to follow the Court's directions regarding the filing of his second amended petition for writ of habeas corpus.  Doc. 16.  To date, Petitioner has not responded to the show cause order, and thus, the Court has no hesitation in recommending dismissal.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of the Court.

**IN CHAMBERS** at Tallahassee, Florida, this __**5th**__ day of May, 2005.


                                         **s/ A. KORNBLUM**
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**